UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS L. WILLIAMS, | Case No. 3:23-cv-00511-ART-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

### I.   DISCUSSION

On October 31, 2023, the Court issued an order directing Plaintiff to file one of the following by November 30, 2023: (1) a notice voluntarily dismissing this action to pursue his claims in a different case, (2) a notice stating he wishes to proceed on the 42 U.S.C. § 1983 complaint docketed in this case, or (3) a notice withdrawing the § 1983 complaint and filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 in this case.  (ECF No. 4 at 2).  The Court also directed Plaintiff to pay the appropriate filing fee for this action or submit a fully complete application to proceed *in forma pauperis* by November 30, 2023.  (*Id.* at 2-3).

Plaintiff did not file a notice and did not pay the filing fee or file an application to proceed *in forma pauperis*.  Instead, Plaintiff filed a letter stating that he filed a writ of habeas corpus in this case and that he did file an application to proceed *in forma pauperis*.  (ECF Nos. 5-1, 5-2).  Plaintiff also states that he did not receive file-stamped copies of his documents.  (ECF No. 5-2).

As an initial matter, the Court will resend Plaintiff a copy of the October 31, 2023, order explaining the deficiencies in Plaintiff's filings.  Plaintiff will have until January 31, 2024, to file one of the following: (1) a notice voluntarily dismissing this action to pursue his claims in a different case, (2) a notice stating he wishes to proceed on the 42 U.S.C. § 1983 complaint docketed in this case, or (3) a notice withdrawing the § 1983 complaint and filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 in this case. The

Court has not received any application to proceed *in forma pauperis* in this case. As such, on or before January 31, 2024, Plaintiff will either pay the full filing fee for either a civil rights action ($402) or habeas action ($5), or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3, a completed financial certificate that is signed both by the inmate and the prison or jail official, and a copy of the inmate's trust fund account statement for the previous six-month period.

Additionally, pursuant to Nevada Local Rule 10-1, a "pro se party who wishes to receive a file-stamped copy of any pleading or other paper must submit one additional copy and, if by mail, a self-addressed, postage-paid envelope. A party who is granted leave to proceed *in forma pauperis* need not submit a self-addressed, postage-paid envelope."

## II.  CONCLUSION

It is therefore ordered that the Clerk of the Court will send Plaintiff courtesy copies of the October 31, 2023, order (ECF No. 4), complaint (ECF No. 1-1), a copy of the docket sheet, and the approved forms and instructions for filing a § 1983 complaint, a petition for writ of habeas corpus under § 2241, and an application to proceed *in forma pauperis* for inmates.

It is further ordered that **on or before January 31, 2024**, Plaintiff will file one of the following: (1) a notice voluntarily dismissing this action, (2) a notice stating he wishes to proceed on the § 1983 complaint docketed in this case, or (3) a notice withdrawing the § 1983 complaint and filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 in this case.

It is further ordered that **on or before January 31, 2024**, Plaintiff will either pay the full filing fee for either a civil rights action ($402) or habeas action ($5), or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3, a completed financial certificate that is signed both by the inmate and the prison or jail official, and a copy of

the inmate's trust fund account statement for the previous six-month period.

    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a signed complaint or petition and either pay the required filing fee or apply for *in forma pauperis* status.

DATED THIS 14th day of December 2023.

_____
UNITED STATES MAGISTRATE JUDGE